**Order entered May 9, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01187-CR
No. 05-12-01189-CR

**VANCE LEMORRIS THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-42399-Y, F10-42399-Y**

## ORDER

This Court has twice ordered court reporter Peri Wood to file a supplemental record containing State's Exhibit nos. 4, 8, and 10, DVDs. In our April 26, 2013 order, we warned Ms. Wood that if she did not file the supplemental record within the ten-days specified, we would order that she not sit as a court reporter until she filed the DVD exhibits in these appeals. Nevertheless, to date, Ms. Wood has not filed a supplemental record containing the DVD exhibits.

Accordingly, we **ORDER** court reporter Peri Wood to file, by **MAY 17, 2013**, a supplemental record containing State's Exhibit nos. 4, 8, and 10, DVDs. We further **ORDER** that Peri Wood not sit as a court reporter until she has filed the DVD exhibits in these appeals.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; Peri Wood, Acting Official Court Reporter, Criminal District Court No. 7; the Dallas County Auditor's Office; and to counsel for all parties.

/s/    DAVID EVANS
       JUSTICE